

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

ISRAEL RIVERA, Individually and on behalf of
All Others Similarly Situated,

                Civil Action No. 14 Civ. 6484 CBA-MDG

      Plaintiff(s)

                **AFFIDAVIT OF SERVICE**

    v.

CITY-WIDE SEWER & DRAIN SERVICE CORP., et al.

      Defendant(s)
---------------------------------------------------------------------X

STATE OF NEW YORK  )
                          S.S.
COUNTY OF NEW YORK)

      **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

      That on the 7th day of November, 2014, at approximately the time of 12:05pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND CLASS & COLLECTIVE ACTION COMPLAINT** upon **LONG ISLAND PLUMBING CORP.** at 100 Voice Road, Carle Place, NY by personally delivering and leaving the same with **RACHELLE VITUCCI,** who informed deponent that she is authorized to accept service at that address.

      **RACHELLE VITUCCI** is a white female, approximately 55 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 145 pounds with blonde hair and brown eyes wearing glasses.

_____
NELSON CARVAJAL, 965441

Sworn to before me this
11th day of November, 2014

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com