UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
ISRAEL RIVERA, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff(s),

      -against-

CITY-WIDE SEWER & DRAIN SERVICE
CORP., LONG ISLAND PLUMBING
CORP., EMERGENCY FLOOD
RESTORATION, INC. and SALVATORE
MANGIA, JR., Jointly and Severally,

                        Defendant(s).
------------------------------------------------X

Docket No.: 14-cv-06484

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE, that the undersigned attorney hereby appears on behalf of Defendants, **CITY-WIDE SEWER & DRAIN SERVICE CORP., LONG ISLAND PLUMBING CORP., EMERGENCY FLOOD RESTORATION, INC. and SALVATORE MANGIA, JR.**, and demand that all notices and other papers be served upon said party at this office. Kindly enter my appearance as counsel in the above-captioned action on behalf of Defendants, **CITY-WIDE SEWER & DRAIN SERVICE CORP., LONG ISLAND PLUMBING CORP., EMERGENCY FLOOD RESTORATION, INC. and SALVATORE MANGIA, JR.** I certify that I am admitted to practice before this Court.

Dated: December 2, 2014
       Mineola, New York

                                                              Respectfully submitted,

                                                              Michael J. Romano (MR 7905)
                                                                    Romano & Associates
                                                          220 Old Country Road, 1st floor
                                                                        Mineola, NY 11501
                                                                         (516) 248-8880