# Romano & Associates
## *Attorneys at Law*
220 Old Country Road, 1st Floor
Mineola, New York 11501
(516) 248-8880   Fax (516) 740-0866
info@romanofirm.com
www.romanofirm.com
*Admitted to N.Y. & N.J. Bar*

January 5, 2015

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

          Re:    Israel Rivera v. City-Wide Sewer & Drain Service Corp., Long Island Plumbing Corp., Emergency Flood Restoration, Inc. and Salvatore Mangia, Jr.
                 Civil Action No. 14-cv-06484 (CBA) (MDG)

Dear Honorable Go:

    Pursuant to your Order, dated December 11, 2014 we confirm receipt of Notice of the Initial Conference scheduled for January 13, 2015 at 11:15 a.m. regarding the above referenced matter.

    Please be advised that the parties herein have scheduled a mediation with Ruth D. Raisfeld, Esq. of Alternative on February 27, 2015. Currently the parties are cooperatively engaging in informal discovery and preparation for the scheduled mediation.

    With that being said, counsel for all parties herein kindly request an adjournment of the initial conference until one (1) week after mediation has been completed to allow for a prospective resolution of this matter through mediation. We respectfully request that this Court adjourn this matter until March 6, 2015 or another date that is convenient to the court. This adjournment is requested <u>with consent</u> of counsel for both parties.

    Alternatively, in the event that this Court denies the parties' request for an adjournment, our office is scheduled for a pre-trial conference in Nassau County Supreme Court on January 13, 2015 before Honorable Roy S. Mahon regarding an unrelated matter at 9:30 a.m. We will therefore kindly request that the Court adjourn the initial conference until the afternoon of January 13, 2015 or until another date that is convenient to this Honorable Court.

    Thank you in advance for your courtesy and assistance with this matter. We patiently await the Court's decision regarding our request.

                                       Very Truly Yours,

                                       Michael J. Romano (MR7905)

MJR/mek

cc: Brent E. Pelton, Esq. (BEP) (via ECF)