UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X        Docket No.: 14-cv-06484
ISRAEL RIVERA, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff(s),

        -against-

CITY-WIDE SEWER & DRAIN SERVICE
CORP., LONG ISLAND PLUMBING
CORP., EMERGENCY FLOOD
RESTORATION, INC. and SALVATORE
MANGIA, JR., Jointly and Severally,

                        Defendant(s).
------------------------------------------X

## STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

That the Defendants, CITY-WIDE SEWER & DRAIN SERVICE CORP., LONG ISLAND PLUMBING CORP., EMERGENCY FLOOD RESTORATION, INC. and SALVATORE MANGIA, JR., time to answer or otherwise respond to Plaintiff's Complaint, be extended to April 7, 2015. The undersigned further agree that, facsimile signatures hereto shall be deemed to be original signatures and shall have the same force and effect as original signatures.

| | |
|---|---|
| ROMANO & ASSOCIATES<br>220 Old Country Road, 1st Floor<br>Mineola, New York 11501<br>(516) 248-8880<br>*Attorneys for Defendants* | PELTON & ASSOCIATES PC<br>111 Broadway, Suite 1503<br>New York, New York 10006<br>(212) 385-9700<br>*Attorneys for Plaintiff* |
| By: _____<br>Michael J. Romano (MR 7905)<br>Dated: ~~January~~ March 19, 2015 | By: _____<br>Brent E. Pelton, Esq. (BP 1055)<br>Dated: ~~January~~ March 19, 2015 |