# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Israel Rivera, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14 Civ. 6484 (CBA)(MDG) |
| City-Wide Sewer & Drain Service Corp., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 04/23/2015

*Attorney's signature*

Alison G. Lobban - 5002373
*Printed name and bar number*

111 Broadway, Suite 1503
New York, NY 10016

*Address*

lobban@peltonlaw.com
*E-mail address*

(212) 385-9700
*Telephone number*

(212) 385-0800
*FAX number*