# Romano & Associates

## *Attorneys at Law*

400 Garden City Plaza, Suite 432
Garden City, New York 11530
(516) 248-8880   Fax (516) 252-3785
legal@romanofirm.com
www.romanofirm.com
*Admitted to N.Y. & N.J. Bar*

July 22, 2015

**_Transmitted via ECF_**
Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    Israel Rivera v. City-Wide Sewer & Drain Service Corp., Long Island Plumbing Corp., Emergency Flood Restoration, Inc. and Salvatore Mangia, Jr.
                 Civil Action No. 14-cv-06484 (CBA) (MDG)

Dear Honorable Go:

Please be advised that the above- referenced matter has been settled in principal.

Counsel for the parties anticipate having the settlement agreement and mutual general releases executed within two (2) weeks, and upon such execution shall file a Stipulation of Discontinuance with the Court.

Thank you for your assistance. Please do not hesitate to contact the parties' respective counsel with any questions or concerns.

                                                Sincerely,

                                                Michael J. Romano
                                                (MR7905)

MJR/jld

cc: Brent E. Pelton, Esq. (BEP) (via ECF and email)