# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**  August 31, 2015
E-MAIL: pelton@peltonlaw.com

**VIA ECF**

Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Rivera, *et al.* v. City-Wide Sewer & Drain Service Corp., *et al.*
             Civil Action No. 14-cv-6484 (CBA)(MDG)

Dear Judge Go:

    This office represents Plaintiffs in the above-referenced action. This letter is submitted jointly on behalf of all parties. The parties are pleased to inform Your Honor that this matter has been settled. The parties respectfully request direction as to how we may obtain the Court's approval of the settlement.

    We appreciate Your Honor's attention to this matter. Please feel free to contact the undersigned should Your Honor have any questions or concerns regarding this submission.

                    Respectfully submitted,

                    */s/ Brent E. Pelton*

                    Brent E. Pelton, Esq. of
                    PELTON & ASSOCIATES PC

cc: Michael Romano, Esq. (via ECF)