AO 85 (Rev. EDNY 8/2/2012) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NEW YORK

FILED
CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
SEP - 3 2015 ★
BROOKLYN OFFICE

| Israel Rivera, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14 Civ. 6484 (CBA)(MDG) |
| Citywide Sewer & Drain Services, et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Select one: The parties consent to [✓] the magistrate judge who is assigned to this case
[ ] a new magistrate judge selected at random.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Plaintiff Israel Rivera | /s/ | 09/02/2015 |
| All Defendants | /s/ | 09/02/2015 |

In order for the Consent to be valid, all parties must sign this form and agree to the selection of the magistrate judge.

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

s/Carol Bagley Amon

Date: 9/3/2015

*District Judge's Signature*

Carol Bagley Amon, Chief Judge
*Printed name and title*

Note: Do not return the form to the Clerk of Court or file it on ECF unless all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a Judge.