# Romano & Associates
## *Attorneys at Law*
400 Garden City Plaza, Suite 432
Garden City, New York 11530
(516) 248-8880   Fax (516) 252-3785
legal@romanofirm.com
www.romanofirm.com
*Admitted to N.Y. & N.J. Bar*

September 11, 2015

**Via ECF**
Magistrate Judge Marilyn D. Go
United States District Court
225 Cadman Plaza East
Room 1214-S
Brooklyn, New York 11201

      Re: Rivera v. City-Wide Sewer &
        Drain Service Corp.
        Docket No.: 14 Civ. 6484 CBA-MDG

Dear Magistrate Judge Go:

  Please allow this correspondence to serve as a request to approve the settlement negotiated between the parties in this action. Pursuant to a conversation with Josh in your chambers, we are submitting this correspondence while simultaneously faxing a copy of the settlement agreement to Your Honor. Defendants request that the settlement agreement not be posted to ECF, but rather that Your Honor schedule a telephone conference with the parties at a time that is convenient to the Court to address the fairness of the settlement.

  Thank you for your courtesies.

                Respectfully submitted,

                Michael J. Romano

MJR:jld
cc: Brent Pelton, Esq.